SEALED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2021 MAR 18 PM 4:54
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:21 CR 89 |
| Plaintiff, | INDICTMENT |
| vs. | 18 U.S.C. § 113(a)(3) |
| LLOYD FRANCIS JANDREAU, | 18 U.S.C. § 113(a)(8) |
| Defendant. | 18 U.S.C. § 1153 |

The Grand Jury charges that

### COUNT I

On or about January 11, 2021, in the District of Nebraska, within the exterior boundaries of the Santee Sioux Nation Indian Reservation, in Indian Country, the defendant, LLOYD FRANCIS JANDREAU, an Indian male, did assault S.R., an Indian female, with a dangerous weapon, to wit: a knife, with intent to do bodily harm, and without just cause or excuse, in that LLOYD FRANCIS JANDREAU held a knife to S.R.'s neck and told S.R. he was going to kill her.

In violation of Title 18, United States Code, Section 113(a)(3) and 1153.

### COUNT II

On or about January 11, 2021, in the District of Nebraska, within the exterior boundaries of the Santee Sioux Nation Indian Reservation, in Indian Country, the defendant, LLOYD FRANCIS JANDREAU, an Indian male, did, or attempted to, assault S.R., an Indian female, who was an intimate partner and dating partner by strangling, suffocating and attempting to strangle and suffocate S.R.

In violation of Title 18, United States Code, Sections 113(a)(8) and 1153.

A TRUE BILL.


FOREPERSON


The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.


(for) LECIA E. WRIGHT, NE # 24562
Assistant United States Attorney